IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

In Re:                                    )
                                          )
GREGORY PAUL CATE,                        )    Case No. 14-11385-M
                                          )    Chapter 7
                                          )
                                          )
          Debtor.                         )

**MOTION FOR ORDER AUTHORIZING SALE OF PROPERTY OF THE
ESTATE, NOTICE TO PARTIES IN INTEREST OF PROPOSED SALE
AND NOTICE OF OPPORTUNITY FOR HEARING**

Karen Carden Walsh, Trustee, gives notice that by virtue of 11 U.S.C. Section 363, et. seq., applicable state law and Bankruptcy Rules 6004(a) and 2002(a)(2) and (c)(1), that she will sell the estate's interest in certain securities on the open market, as follows:

Securities in an IRA Account at LPL Financial (as of November 14, 2014, the IRA had a market value of $18,455.00;

Securities in a Brokerage Account at LPL Financial (as of November 14, 2014, the Brokerage Account had a market value of $10,262.00);

Securities in a Brokerage Account at JP Morgan Chase & Co. (as of November 14, 2014, the Brokerage Account had a market value of $8,127.00);

(the "Property").

The bankruptcy estate has a ½ interest in the Property as a result of an inheritance.   The Trustee is not aware of any liens or encumbrances.   Liens, if any are found to be valid, will attach to the proceeds of the sale.

1

## HEARING ON PROPOSED SALE

A hearing shall be held on April 7, 2015 at 10:00 a.m. before the Honorable Terrence L. Michael, United States Bankruptcy Judge, in Courtroom No. 2, United States Bankruptcy Court, First Floor, 224 South Boulder, Tulsa, Oklahoma 74103.

Objections to the proposed sale must be filed and served not less than seven (7) days before the date set for the hearing. If no objection is timely filed or served, the Court may strike the hearing and granted the requested relief without further notice or hearing.

Respectfully submitted February 17, 2015.

                                          RIGGS, ABNEY, NEAL
                                        TURPEN, ORBISON & LEWIS

                                        <u>s/ Karen Carden Walsh</u>
                                        Karen Carden Walsh, OBA No. 14690
                                        502 West 6th Street
                                        Tulsa, Oklahoma 74119-1010
                                        (918) 587-3161
                                        (918) 587-9708 (fax)
                                        ATTORNEYS FOR TRUSTEE